UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORBIS CORP.,

                Plaintiff,

v.

ESRIM VE SHEVA HOLDING CORP., et al.,

                Defendant.

No. C02-1290MJP

ORDER GRANTING LEAVE TO FILE MOTION TO COMPEL; GRANTING MOTION TO COMPEL; AND AWARDING COSTS TO PLAINTIFF

      The Court having jurisdiction over the subject matter and the parties and having considered the Plaintiffs' Motion for Permission to File Motion to Compel, Plaintiffs' Motion to Compel and for Costs, the declarations and pleadings filed by the parties in favor and in opposition to the motions, and the balance of the files and records herein, the Court deems itself fully advised.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that:

      1. Plaintiffs' Motion for Permission to File Motion to Compel is hereby GRANTED;

      2. Plaintiffs' Motion to Compel is hereby GRANTED, and Skymall, Inc. Is ordered to produce all documents in its care, custody and control responsive to Exhibit A of Corbis' Custodian of Records Deposition Subpoena to Skymall, Inc.

      3. Plaintiffs' motion for costs against defendants in favor of Corbis Corporation is hereby GRANTED.  Corbis is to submit its costs for the bringing of this motion and proposed order within 5 days of this Order.  Any costs awarded must be paid within 30 days of receipt of the cost bill.

ORDER - 1

1
2  The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.
3       Dated: September 27th, 2005.
4
5                                         Marsha J. Pechman
                                          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2